Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-414-887**

**Effective Date of Registration:**
June 10, 2024
**Registration Decision Date:**
September 27, 2024



## Title

| | |
|---|---|
| Title of Work: | With a heavier back comes a lighter spirit |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | February 04, 2015 |
| Nation of 1st Publication: | Italy |

## Author

| | |
|---|---|
| Author: | Natasa Ilincic |
| Author Created: | 2-D artwork |
| Citizen of: | Croatia |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Natasa Ilincic |
| | Balgeddie South Lodge, Leslie, KY6 3ES, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| Name: | Natasa Ilincic |
| Email: | natasailincic.art@gmail.com |
| Address: | Balgeddie South Lodge |
| | Leslie KY6 3ES United Kingdom |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | June 10, 2024 |
| Applicant's Tracking Number: | KD2024061003 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-414-888**

**Effective Date of Registration:**
June 10, 2024

**Registration Decision Date:**
September 27, 2024

---

## Title

**Title of Work:** Odin

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** April 21, 2013
**Nation of 1st Publication:** Italy

## Author

- **Author:** Natasa Ilincic
  **Author Created:** 2-D artwork
  **Citizen of:** Croatia

## Copyright Claimant

**Copyright Claimant:** Natasa Ilincic
Balgeddie South Lodge, Leslie, KY6 3ES, United Kingdom

## Rights and Permissions

**Name:** Natasa Ilincic
**Email:** natasailincic.art@gmail.com
**Address:** Balgeddie South Lodge
Leslie KY6 3ES United Kingdom

## Certification

**Name:** David Denholm
**Date:** June 10, 2024
**Applicant's Tracking Number:** KD2024061002

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-414-898**

**Effective Date of Registration:**
June 10, 2024
**Registration Decision Date:**
September 27, 2024

## Title

| | |
|---|---|
| **Title of Work:** | Autumn Equinox |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | September 21, 2015 |
| **Nation of 1st Publication:** | Italy |

## Author

| | |
|---|---|
| • **Author:** | Natasa Ilincic |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Croatia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Natasa Ilincic |
| | Balgeddie South Lodge, Leslie, KY6 3ES, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Natasa Ilincic |
| **Email:** | natasailincic.art@gmail.com |
| **Address:** | Balgeddie South Lodge |
| | Leslie KY6 3ES United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 10, 2024 |
| **Applicant's Tracking Number:** | KD2024061001 |

Page 1 of 2

